# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

MALY LIM,

    Plaintiff,

vs.

KIKA SCOTT, as Field Office Director of U.S. Citizenship & Immigration Services[1], et.al.,

    Defendants.

Case No.:  2:24-CV-03808-AB-JC

ORDER FOR FINAL DISMISSAL UPON SATISFACTION OF GRANT OF NATURALIZATION

(Assigned to Hon. Andre Birotte Jr. United States District Judge)

As Plaintiff has informed the Court that the terms of the prior Stipulation between the parties and Order for grant of naturalization has been fulfilled, Plaintiff's remaining claims against all named Defendants who have appeared and all DOE Defendants are **DISMISSED** forthwith.  **SO ORDERED.**

DATED: May 28, 2025

_____
ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to FRCP 25(d), Kika Scott, the current Los Angeles County Field Office Director, is automatically substituted as the proper defendant in place of Maureen Killian Larios.

1